# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 08CV6063

Date Filed: _____

Plaintiff:
**WALTER CRATE,**

vs.

Defendant:
**FALCONHEAD CAPITAL, LLC,**

For:
BURNS, RUSSO, TAMIGI & REARDON, LLP
390 Old Country Road
Garden City, NY 11530

Received by GOTCHA ATTORNEY SERVICES, INC. to be served on **FALCONHEAD CAPITAL, LLC, 450 PARK AVENUE, THIRD FLOOR, NEW YORK, NY 10022**.

I, Gerald Murray, being duly sworn, depose and say that on the **15th day of July, 2008** at **10:33 am**, I:

Served the above entity by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **GLENN BUTCHERE** as **AUTHORIZED AGENT** at the address of: **450 PARK AVENUE, THIRD FLOOR, NEW YORK, NY 10022**, who stated they are authorized to accept service for **FALCONHEAD CAPITAL, LLC**

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 260, Hair: Brown, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

_____
Gerald Murray
0872285

GOTCHA ATTORNEY SERVICES, INC.
P.O. Drawer 1240
Aquebogue, NY 11931
(631) 369-4925

Our Job Serial Number: 2008003070

Subscribed and Sworn to before me on the 16th day of July, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO5037166
Qualified in Suffolk County
Commission Expires Feb. 14, 20 10

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t