UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WALTER CRATE | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FALCONHEAD CAPITAL, LLC, | ) | |
| | ) | ECF Case |
| Defendant. | ) | |
| | ) | 08-cv-6063 (AKH)(KNF) |
| | ) | |
| FALCONHEAD CAPITAL, LLC | ) | |
| | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WALTER CRATE, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |
| | ) | |

## DISCLOSURE STATEMENT OF DEFENDANT FALCONHEAD CAPITAL, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Falconhead Capital, LLC (a non-governmental private party) makes the following disclosure statement:

1.      There is no parent corporation of Falconhead Capital, LLC.

2.      No publicly held corporation owns 10% or more of the stock of Falconhead Capital LLC.

Date:  August 4, 2008
       New York, New York

Respectfully submitted,


/s/ Matthew F. Dexter
_____

Eric F. Leon
Matthew F. Dexter
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800
eleon@kirkland.com
mdexter@kirkland.com

Attorneys for Defendant
Falconhead Capital, LLC