UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER CRATE<br>800-37 Windward Drive<br>Aurora, Ohio 44202<br><br>    Plaintiff,<br><br>  -against-<br><br>FALCONHEAD CAPITAL, LLC<br>450 Park Avenue<br>Third Floor<br>New York, New York  10022<br><br>    Defendant. | Case No. 08 CV 6063 (AKH)(KNF)<br><br><br><br><br>**MOTION TO ADMIT DENNIS R.<br>LANSDOWNE**<br><br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Peter F. Tamigi, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:    DENNIS R. LANSDOWNE
    Firm Name:           Spangenberg Shibley & Liber, LLP
    Address:             1900 East Ninth Street, Suite 2400
    City/State/Zip:      Cleveland, OH  44114
    Phone Number:        (216) 696-3232
    Fax Number:          (216) 696-3924

DENNIS R. LANSDOWNE is a member in good standing of the State of Ohio Bar Association:  Supreme Court, United States District Court for the Northern District of Ohio and Bankruptcy Court for the Northern District of Ohio.

There are no pending disciplinary proceedings against DENNIS R. LANSDOWNE in any State or Federal court.

Dated:       August 25, 2008
City, State: Garden City, New York  11530

                                         Respectfully submitted,

                                         _____
                                         PETER F. TAMIGI (5929)
                                         BURNS, RUSSO, TAMIGI & REARDON, LLP
                                         390 Old Country Road
                                         Garden City, New York  11530
                                         (516) 746-7371
                                         FAX (516) 747-7682
                                         ptamigi@msn.com

## CERTIFICATE OF SERVICE

A copy of the foregoing *Motion To Admit Dennis R. Lansdowne Pro Hac Vice* has been served via regular U.S. mail and electronic mail on this 25th day of August, 2008, to:

Eric F. Leon
Matthew F. Dexter
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800
eleon@kirkland.com
mdexter@kirkland.com
*Counsel for Defendant,*
*Falconhead Capital LLC*

 

PETER F. TAMIGI (5929)
BURNS, RUSSO, TAMIGI & REARDON, LLP
390 Old Country Road
Garden City, New York  11530
(516) 746-7371
FAX (516) 747-7682
ptamigi@msn.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER CRATE<br>800-37 Windward Drive<br>Aurora, Ohio 44202<br><br>    Plaintiff,<br><br>  -against-<br><br>FALCONHEAD CAPITAL, LLC<br>450 Park Avenue<br>Third Floor<br>New York, New York  10022<br><br>    Defendant. | Case No. 08 CV 6063 (AKH)(KNF<br><br><br><br><br>**AFFIDAVIT OF PETER F. TAMIGI<br>IN SUPPORT OF MOTION<br>TO ADMIT DENNIS R. LANSDOWNE<br>*PRO HAC VICE*** |

State of New York    )
                                )
County of Nassau    )

Peter F. Tamigi, being duly sworn, hereby deposes and says as follows:

1. I am Of Counsel at Burns, Russo, Tamigi & Reardon, LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Dennis R. Lansdowne as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1989. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

4. Mr. Lansdowne is Of Counsel at Spangenberg Shibley & Liber, LLP, 1900 East Ninth Street, Suite 2400, Cleveland, OH  44114.

5. I have found Mr. Lansdowne to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Dennis Lansdowne, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Dennis Lansdowne, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Dennis R. Lansdowne, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated: August 20, 2008

City, State: Garden City, New York

Notarized:

                                              Respectfully submitted,

                                              _____
                                              PETER F. TAMIGI (5929 SDNY Bar Code)
                                              BURNS, RUSSO, TAMIGI & REARDON, LLP
                                              390 Old Country Road
                                              Garden City, New York  11530
                                              (516) 746-7371
                                              FAX (516) 747-7682
                                              ptamigi@msn.com
                                              ***Movant***

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

WALTER CRATE
800-37 Windward Drive
Aurora, Ohio 44202

Case No. 08 CV 6063 (AKH)(KNF)

        Plaintiff,

  -against-

FALCONHEAD CAPITAL, LLC
450 Park Avenue
Third Floor
New York, New York  10022

**ORDER FOR ADMISSION OF DENNIS R. LANSDOWNE**
*PRO HAC VICE*
**ON WRITTEN MOTION**

        Defendant.

Upon the motion of Peter F. Tamigi attorney for Plaintiff, Walter Crate, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    DENNIS R. LANSDOWNE

    Firm Name:    Spangenberg Shibley & Liber, LLP

    Address:    1900 East Ninth Street, Suite 2400

    City/State/Zip:    Cleveland, OH  44114

    Telephone/Fax:    (216) 696-3232/(216) 696-3924

    Email Address:    drl@spanglaw.com

Is admitted to practice pro hac vice as counsel for Plaintiff, Walter Crate, in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

City, State: _____

                                                _____

                                                United States District/Magistrate Judge

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Dennis Robert Lansdowne

was admitted to the practice of law in Ohio on November 06, 1981; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 24th day of June, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Counsel*