UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER CRATE<br>800-37 Windward Drive<br>Aurora, Ohio 44202<br><br>            Plaintiff,<br><br>    -against-<br><br>FALCONHEAD CAPITAL, LLC<br>450 Park Avenue<br>Third Floor<br>New York, New York  10022<br><br>            Defendant. | Case No. 08 CV 6063 (AKH)(KNF)<br><br><br><br><br>**MOTION TO ADMIT DENNIS R. LANSDOWNE**<br><br>*PRO HAC VICE* |

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Peter F. Tamigi, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

      Applicant's Name:    DENNIS R. LANSDOWNE
      Firm Name:    Spangenberg Shibley & Liber, LLP
      Address:    1900 East Ninth Street, Suite 2400
      City/State/Zip:    Cleveland, OH  44114
      Phone Number:    (216) 696-3232
      Fax Number:    (216) 696-3924

      DENNIS R. LANSDOWNE is a member in good standing of the State of Ohio Bar Association:  Supreme Court, United States District Court for the Northern District of Ohio and Bankruptcy Court for the Northern District of Ohio.

  There are no pending disciplinary proceedings against DENNIS R. LANSDOWNE in any State or Federal court.

Dated:   September 4, 2008  
City, State:  Garden City, New York  11530

                Respectfully submitted,

                _____  
                PETER F. TAMIGI (5929)  
                BURNS, RUSSO, TAMIGI & REARDON, LLP  
                390 Old Country Road  
                Garden City, New York  11530  
                (516) 746-7371  
                FAX (516) 747-7682  
                ptamigi@msn.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing ***Motion To Admit Dennis R. Lansdowne Pro Hac Vice*** has been served via regular U.S. mail and electronic mail on this 25th day of August, 2008, to:

Eric F. Leon
Matthew F. Dexter
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800
eleon@kirkland.com
mdexter@kirkland.com
***Counsel for Defendant,***
***Falconhead Capital LLC***

                                                          PETER F. TAMIGI (5929)
                                                          BURNS, RUSSO, TAMIGI & REARDON, LLP
                                                          390 Old Country Road
                                                          Garden City, New York  11530
                                                          (516) 746-7371
                                                          FAX (516) 747-7682
                                                          ptamigi@msn.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER CRATE<br>800-37 Windward Drive<br>Aurora, Ohio 44202<br><br>        Plaintiff,<br><br>   -against-<br><br>FALCONHEAD CAPITAL, LLC<br>450 Park Avenue<br>Third Floor<br>New York, New York  10022<br><br>        Defendant. | Case No. 08 CV 6063 (AKH)(KNF<br><br><br><br><br>**AFFIDAVIT OF PETER F. TAMIGI<br>IN SUPPORT OF MOTION<br>TO ADMIT DENNIS R. LANSDOWNE<br>*PRO HAC VICE*** |

State of New York    )
                     )
County of Nassau     )

Peter F. Tamigi, being duly sworn, hereby deposes and says as follows:

1. I am Of Counsel at Burns, Russo, Tamigi & Reardon, LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Dennis R. Lansdowne as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1989. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

4. Mr. Lansdowne is Of Counsel at Spangenberg Shibley & Liber, LLP, 1900 East Ninth Street, Suite 2400, Cleveland, OH  44114.

5. I have found Mr. Lansdowne to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Dennis Lansdowne, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Dennis Lansdowne, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Dennis R. Lansdowne, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated: September 4, 2008
City, State: Garden City, New York

Notarized:

                                        Respectfully submitted,

                                        _____
                                        PETER F. TAMIGI (5929 SDNY Bar Code)
                                        BURNS, RUSSO, TAMIGI & REARDON, LLP
                                        390 Old Country Road
                                        Garden City, New York  11530
                                        (516) 746-7371
                                        FAX (516) 747-7682
                                        ptamigi@msn.com
                                        ***Movant***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER CRATE
800-37 Windward Drive
Aurora, Ohio 44202

Case No. 08 CV 6063 (AKH)(KNF)

       Plaintiff,

-against-

FALCONHEAD CAPITAL, LLC
450 Park Avenue
Third Floor
New York, New York  10022

**ORDER FOR ADMISSION OF DENNIS R. LANSDOWNE**
*PRO HAC VICE*
**ON WRITTEN MOTION**

       Defendant.

Upon the motion of Peter F. Tamigi attorney for Plaintiff, Walter Crate, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | DENNIS R. LANSDOWNE |
| Firm Name: | Spangenberg Shibley & Liber, LLP |
| Address: | 1900 East Ninth Street, Suite 2400 |
| City/State/Zip: | Cleveland, OH  44114 |
| Telephone/Fax: | (216) 696-3232/(216) 696-3924 |
| Email Address: | drl@spanglaw.com |

Is admitted to practice pro hac vice as counsel for Plaintiff, Walter Crate, in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

City, State: _____

_____
United States District/Magistrate Judge